# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:   RONALD KEITH OWENS

                                  Case No.:  22-20265-drd-13

**Debtor**

## NOTICE OF FILING FINAL REPORT AND ACCOUNT OF CHAPTER 13 TRUSTEE

   On August 17, 2022, Richard V. Fink, Standing Chapter 13 Trustee, filed a Final Report and Account and has requested that the Court enter a final order discharging him as trustee, discharging him from liability on his bond, and closing the estate of the above-named debtor(s) (ECF Document 32).

   On August 18, 2022, Court entered an Order Approving Final Account of Chapter 13 Trustee and discharging the Chapter 13 Trustee as trustee of the estate (ECF Document 33).

   Pursuant to Fed. R. Bankr. P. 5009(a), if within 30 days of the filing of the Final Report and Account no objection has been filed, there shall be a presumption that the estate has been fully administered. Pleadings can be filed electronically at http://ecf.mowb.uscourts.gov. Parties not represented by an attorney may mail a pleading to Court at 400 E. 9th St., Room 1510, Kansas City, MO 64106.

August 19, 2022

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

ALL PARTIES BASED ON THE MOST RECENT MATRIX FILED AT COURT

/s/ Richard V. Fink, Trustee

JM/Notice - Final Report